```
LAWRENCE G. BROWN
Acting United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-cr-00224-OWW |
| | ) | |
| Plaintiff, | ) | ORDER ON STATE OF CALIFORNIA |
| | ) | WRIT FOR HABAES CORPUS AD |
| v. | ) | PROSEQUENDUM |
| | ) | |
| RAY HEFFINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

On February 23, 2009, the Honorable Don Penner, Superior Court Judge for the State of California, County of Fresno, requested that the body of the above-named defendant be produced in Fresno County Superior Court for a motion hearing in the case of <u>People v. Ray Heffington, et al.</u>, Fresno County Superior Court case number F06905411.  The motion hearing in that action is now to commence on March 6, 2009, at 8:30 a.m.  The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action.  It appearing that the defendant's presence is needed in the state action, and that the next court appearance in the above-entitled case is May 26, 2009;

//

1

IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office may take custody of the defendant pursuant to the terms of the writ, attached hereto, and return him to the custody of the United States Marshal immediately after his motion hearing and no later than March 10, 2009.

Dated: March 3, 2009

                                                    /s/ Gary S. Austin
                                                Honorable Gary S. Austin
                                                United States Magistrate Judge